UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, et al., <br><br>　　　　　　Plaintiffs, <br>　v. <br><br>CHAU ELECTRIC LLC, <br><br>　　　　　　Defendant, <br>　v. <br><br>BANK OF AMERICA, N.A., <br><br>　　　　　　Garnishee-Defendant. | CASE NO. 23-mc-00050-LK <br><br> JUDGMENT AND ORDER TO PAY |

**JUDGMENT SUMMARY**

Judgment Creditors:　　　Puget Sound Electrical Workers Healthcare Trust; Puget Sound Electrical Workers Pension Trust; Puget Sound Electrical Workers 401(k) Savings Plan Trust; and Puget Sound Electrical Joint Apprenticeship and Training Trust

Garnishment Judgment Debtor (Garnishee):　　　Bank of America, N.A.

JUDGMENT AND ORDER TO PAY - 1

| | |
|---|---|
| Garnishment Judgment Amount: | $8,837.22 |
| Costs Judgment Debtor (Defendant): | Chau Electric LLC |
| Costs Judgment Amount: | $280.00 |
| Judgments to bear interest at: | 0.00% |
| Attorney for Judgment Creditor: | Jeffrey G. Maxwell, Esq. WSBA #33503<br>Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, Washington 98101 |

IT APPEARING THAT Garnishee Defendant Bank of America, N.A. was indebted to Defendant/Judgment Debtor Chau Electric LLC in the nonexempt amount of $8,837.22; that at the time the Amended Writ of Garnishment was issued, Garnishee Defendant had in its possession or control funds, personal property, or effects of Defendant; and that Plaintiffs have incurred $280.00 in recoverable costs and attorney fees; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Bank of America, N.A. in the amount of $8,837.22; that Plaintiffs are awarded judgment against Defendant Chau Electric LLC in the amount of $280.00 for recoverable costs and attorney fees; that Garnishee Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $8,837.22; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of the Court in the principal amount of $8,837.22, payable to the Puget Sound Electrical Workers Trust Funds and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue, Suite 910, Seattle, WA 98101. Garnishee Defendant is

1  advised that the failure to pay the judgment amount may result in execution of the judgment,
2  including garnishment.
3      Dated this 3rd day of November, 2023.

*Lauren King*

Lauren King
United States District Judge

JUDGMENT AND ORDER TO PAY - 3